UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-20112-CR-UNGARO

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

SEALED,

                Defendants.
_____/

**ORDER OF TRANSFER TO FUGITIVE STATUS**

THE above listed defendant(s) are transferred to the Clerk's Fugitive File until such time as the defendant(s) is apprehended.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this _16_ day of March, 2021.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of record